NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIICS & PARTNERS AMERICA, INC., GOLD CHARM LIMITED,**
*Plaintiffs-Appellants*

**v.**

**TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., SAMSUNG DISPLAY CO., LTD.,**
*Defendants-Appellees*

**FUNAI ELECTRIC CO., LTD., FUNAI CORPORATION, INC., P&F USA, INC.,**
*Defendants*

---

2018-1217

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00803-RGA, Judge Richard G. Andrews.

-------------------------------------------------

**MIICS & PARTNERS AMERICA, INC., GOLD CHARM LIMITED,**
*Plaintiffs-Appellants*

**v.**

**FUNAI ELECTRIC CO., LTD., FUNAI
CORPORATION, INC., P&F USA, INC., SAMSUNG
DISPLAY CO., LTD.,**
*Defendants-Appellees*

————————————

2018-1307

————————————

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00804-RGA, Judge Richard G. Andrews.

————————————

**JUDGMENT**

————————————

FREDERICK A. TECCE, Ice Miller LLP, Philadelphia, PA, argued for plaintiffs-appellants. Also represented by AARON ROBERT ETTELMAN, BRYON WASSERMAN; MICHAEL JAMES HOPKINS, Chicago, IL.

ROBERT T. HASLAM, Covington & Burling LLP, Redwood Shores, CA, argued for defendants-appellees Samsung Display Co., Ltd., Toshiba Corporation, Toshiba America Information Systems, Inc. Defendant-appellee Samsung Display Co. Ltd. also represented by JEFFREY HOWARD LERNER, Washington, DC; CHANG SIK KIM, SCOTT A. SCHRADER, Seoul, South Korea.

JOHN CHRISTOPHER ROZENDAAL, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for defendants-appellees Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc. Also represented by MICHAEL E. JOFFRE, WILLIAM H. MILLIKEN, STEPHANIE NGUYEN, JONATHAN TUMINARO.

PAUL MEIKLEJOHN, Dorsey & Whitney LLP, Seattle, WA, for defendants-appellees Toshiba Corporation, Toshiba America Information Systems, Inc. Also represented by DAVID TSENG; CLINTON CONNER, Minneapolis, MN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 22, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court